**THIERMAN BUCK LLP**
MARK R. THIERMAN, SB# 72913
JOSHUA D. BUCK, SB# 258325
LEAH L. JONES, SB# 276448
JOSHUA R. HENDRICKSON, SB# 282180
7287 Lakeside Drive
Reno, NV 89511
Tel: 775.284.1500
Fax: 775.703.5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
joshh@thiermanbuck.com

ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASSES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MAYORAL and MIGUEL MAYORAL, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 3:21-cv-00486-TWR-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

/ / /

/ / /

/ / /

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

TO: The United States District Court Southern District of California

PLEASE TAKE NOTICE that the complaint filed in the above-captioned action was inadvertently filed twice. Duplicative case no. 3:21-cv-0485-BAS-AGH was resolved on an individual basis and dismissed on July 8, 2021. Thus, the above-captioned action is voluntary withdrawn.

DATED: January 28, 2022  THIERMAN BUCK LLP

/s/ *Joshua D. Buck*
Mark R. Thierman
Joshua D. Buck
Leah L. Jones
Joshua R. Hendrickson

*Attorneys for Plaintiffs*

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com